United States District Court
Southern District of Texas
**ENTERED**
December 16, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SERENITY COLQUITT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-2627 |
| | § | |
| SANDERSON FARMS, INC., | § | |
| (PROCESSING DIVISION), | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

In accordance with the court's oral ruling in open court on this date, this action is **DISMISSED WITHOUT PREJUDICE FOR WANT OF PROSECUTION.**

Each party shall bear its own costs.

This is a **FINAL JUDGMENT**.

SIGNED at Houston, Texas, this 16th day of December, 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE